JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA ACOSTA,<br><br>        Plaintiff,<br><br>    v.<br><br>WALMART, INC.,<br><br>        Defendant. | Case No.  CV 23-8497-GW-PDx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon the stipulation [16] between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

    IT IS SO ORDERED.

Dated: April 8, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE